# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-1050, -1051

JOHN EASTCOTT,

                Plaintiff-Appellant,

v.

HASSELBLAD USA, INC., HASSELBLAD A/S,
and B&H PHOTO & ELECTRONICS CORP.,

                Defendants-Appellees.

Appeals from the United States District Court for the Southern District of New York in case no. 11-CV-5383, Judge Jed S. Rakoff.

Authorized Abbreviated Caption[2]

JOHN EASTCOTT V HASSELBLAD USA, INC., 2013-1050, -1051

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.