NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**JOHN EASTCOTT,**
*Plaintiff-Appellant,*

v.

**HASSELBLAD USA, INC., HASSELBLAD A/S,** AND **B&H PHOTO & ELECTRONICS CORP.,**
*Defendants-Appellees.*

2013-1050, -1051

Appeals from the United States District Court for the Southern District of New York in No. 11-CV-5383, Judge Jed S. Rakoff.

**ON MOTION**

**O R D E R**

John Eastcott moves for a 14-day extension of time, until June 11, 2013, to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2            JOHN EASTCOTT v. HASSELBLAD USA, INC.

                                                   FOR THE COURT

                                        /s/ Jan Horbaly
                                        Jan Horbaly
                                        Clerk

s21